**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

STEVEN TAFOYA and CANDACE POWELL, Husband and Wife,

Plaintiff,

vs.

USAA GENERAL INDEMNITY COMPANY, and DOES I through XXX, inclusive,

Defendant.

Civil Action No. 3:25-cv-00444-ART-CSD

**ORDER GRANTING**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that the above-entitled action may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party will bear their or its own costs and attorney's fees.

Dated this 15th day of January, 2026.

By:  /s/ Matthew L. Sharp
MATTHEW L. SHARP, ESQ.
(NV Bar No. 4746)
432 Ridge Street
Reno, NV 89501
*Attorneys for Steven Tafoya and Candace Powell*

Dated this 15th day of January, 2026.

**SPENCER FANE LLP**

By:  /s/ Taylor Reeves
TAYLOR REEVES, ESQ.
(NV Bar No. 15987)
300 S. Fourth Street, Suite 1600
Las Vegas, NV 89101
*Attorneys for USAA General Indemnity Company*

**ORDER**

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT COURT JUDGE

Dated: <u>January 16, 2026</u>